UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-530M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| HUBERT THEODORE ISABEL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offense charged:

    Felon in Possession of a Firearm

Date of Detention Hearing:   October 17, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant was arrested in the course of surveillance in a known drug trafficking

area in downtown Seattle by Seattle Police officers. Defendant, a convicted felon, was arrested for unlawfully possessing a firearm.

(2) Defendant has a lengthy criminal record that includes at least three prior felony convictions, assault convictions, controlled substance convictions, and weapons charges. He is on active community supervision, and, according to the Washington State Department of Corrections, is performing poorly. He has been charged with violation of community supervision for failing to report, failing to obey laws, possession of a controlled substance, failure to pay fine, providing a false address; failing to enroll in the victims panel, failing to submit to urine testing, testing positive for marijuana and methamphetamine, possession of crack cocaine and for new law violations. He absconded from community supervision in May and September 2006.

(3) Defendant has an unstable residence and employment history.

(4) Defendant poses a risk of nonappearance due to a history of absconding from community supervision, alleged use of illegal substances and poor performance on community supervision. He poses a risk of danger due to criminal history, alleged use of illegal substances and the alleged circumstances of the current charges.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

    pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>17th</u> day of October, 2006.

            /s/ Mary Alice Theiler
            Mary Alice Theiler
            United States Magistrate Judge